08 CV 03123

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
TIANJIN ZHENHUA INTERNATIONAL LOGISTICS     :
TRANS CO. LTD.,     :
    :
            Plaintiff,     :     08 CV _____
    :
  - against -     :
    :
EURASIAN SUPPLY GROUP LIMITED     :
a/k/a EURASIAN SUPPLY GROUP,     :
    :
            Defendant,     :
--------------------------------------------------------X



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or

affiliates of the Plaintiff:

NONE.

Dated: March 27, 2008
       Southport, CT

                   The Plaintiff,
                   TIANJIN ZHENHUA INTERNATIONAL
                   LOGISTICS TRANS CO. LTD.

            By: _____
                   Patrick F. Lennon
                   Nancy R. Peterson
                   LENNON, MURPHY & LENNON, LLC
                   The Gray Bar Building
                   420 Lexington Ave., Suite 300
                   New York, NY 10170
                   (212) 490-6050
                   facsimile (212) 490-6070
                   pfl@lenmur.com
                   nrp@lenmur.com