

**Lennon, Murphy & Lennon, LLC**

ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070

Tide Mill Landing
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615

www.lenmur.com    mail@lenmur.com

June 18, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-08

<u>Via Facsimile (212) 805-6382</u>
Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007-1581

Re: <u>Tianjin Zhenhua International Logistics Trans Co. Ltd. v. Eurasian Supply Group Limited</u>
Docket #: 08-cv-03123-VM
Our Ref: 1375

Dear Judge Marrero:

We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pre-trial conference scheduled for Friday, June 20, 2008 at 9:45 a.m.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On March 27, 2008 an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. The Defendant has not appeared and, despite daily service of the Writ of Attachment on the garnishee banks, none of Defendant's property has been restrained in the district.

As Defendant has not appeared and no property has been attached, we respectfully request a ninety (90) day adjournment of the pre-trial conference during which time we will continue to serve the Writ of Attachment seeking secure Plaintiff's claim and to obtain jurisdiction over the Defendant.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. This is Plaintiff's first request for an adjournment. We thank your Honor for consideration of this request.

Respectfully submitted,

Nancy R. Peterson (Siegel)

: C. LeVasseur, Coleen A. McEvoy

> Request GRANTED. The Writ of Attachment issued herein shall remain in effect for an additional 90 days. Plaintiff shall submit to the Court a report on the status of this matter within 60 days of this Order. In the event such report is not submitted the Court may dismiss the case. The next status conference is adjourned without date.
>
> SO ORDERED:
> 6-18-08
> DATE    VICTOR MARRERO, U.S.D.J.