

**Lennon, Murphy & Lennon, LLC**
ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070
www.lenmur.com

Tide Mill Landing
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
mail@lenmur.com

August 15, 2008

<u>Via Facsimile (212) 805-6382</u>
Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007-1581

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-25-08
```

Re: <u>Tianjin Zhenhua International Logistics Trans Co. Ltd. v. Eurasian Supply Group Limited</u>
Docket #: 08-cv-03123-VM
Our Ref: 1375

Dear Judge Marrero:

As directed by the Court's Order dated June 18, 2008, we write to provide the Court with the status of the above-captioned case and to request that Plaintiff be allowed to serve the Ex-Parte Order of Attachment issued herein for another 90 days.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On March 27, 2008 an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. The Defendant has not appeared and, despite daily service of the Writ of Attachment on the garnishee banks, none of Defendant's property has been restrained in the district.

However, Plaintiff believes the Defendant may be using companies within its trading group to send and/or receive funds on its behalf in order to circumvent the attachment. Thus, Plaintiff is currently researching the relationship between the Defendant and the suspected shell companies. Once further details are obtained, Plaintiff intends to amend the Complaint and attachment to include those alter-ego/shell companies.

In light of the foregoing, we respectfully request an additional ninety (90) days to serve the attachment.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for consideration of this request.

Respectfully submitted,

Nancy R. Siegel

> Request GRANTED. The time for plaintiff to serve the writ of attachment herein is extended for an additional 90 days. Plaintiff is directed to submit to the Court within 90 days of this Order an updated status report on this matter.
>
> SO ORDERED:
> 8-25-08
> DATE    VICTOR MARRERO, U.S.D.J.

Patrick F. Lennon    Charles E. Murphy    Kevin J. Lennon    Nancy R. Siegel    Anne C. LeVasseur    Coleen A. McEvoy